UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

FRANK MICHAEL MONGELLUZZI

CASE NO. 8-17-cr-25-T-33 JSS

18 U.S.C. § 371
18 U.S.C. § 982(a)(2)- forfeiture

## INFORMATION

The United States Attorney charges:

## COUNT ONE

### A. Introduction

At times material to this information:

1.     FRANK MICHAEL MONGELLUZZI was the President/Manager of Able Services, Inc. ("ASI"), from on or about March 25, 2008, through on or about September 2, 2010.

2.     Anne Mongeluzzi was the Secretary of ASI from on or about March 25, 2008, through on or about September 2, 2010.

3.     In addition to ASI, the conspirators owned and operated a large number of businesses in 14 states, including:

        a.     Able Body Gulf Coast, Inc.,

        b.     Westward Ho, LLC,

        c.     Westward Ho II, LLC,

    d.     Professional Staffing-ABTS. Inc.,

    e.     YJNK II, Inc.,

    f.     YJNK III, Inc.,

    g.     YJNK VIII, Inc., doing business as SafeHarborHR,

    h.     Rotrpick LLC, and

    i.     Preferable People LLC.

4.     Columbus Bank & Trust Company was a Georgia banking corporation and a federally insured financial institution.

5.     Synovus Bank, N.A., as successor for Columbus Bank & Trust Company, (hereinafter "Synovus") was a federally insured financial institution.

### B. The Conspiratorial Agreement

6.     From on or about March 25, 2008, through September 2, 2010, in Pinellas County, in the Middle District of Florida, and elsewhere,

FRANK MICHAEL MONGELLUZZI,

defendant herein, did knowingly and willfully conspire, combine, confederate and agree with Anne Mongeluzzi and other persons known and unknown to commit wire fraud affecting a financial institution, in violation of Title 18, United States Code, Section 1343.

### C. Manner and Means

7.     The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others, that the conspirators would and did:

a.      obtain a $35,000,000 line of credit from Columbus Bank & Trust Company finance the operations of ASI;

b.      knowingly and willfully submit and cause to be submitted materially false and fraudulent information regarding their collateral and income in order to further drawn upon the line of credit;

c.      draw upon the line of credit based upon the false and fraudulent information submitted to the bank; and

d.      perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and acts committed in furtherance thereof.

### D. Overt Acts

8.      In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed by the conspirators:

A.      On March 25, 2008, FRANK MICHAEL MONGELLUZZI as President of ASI, Able Body Gulf Coast, ProStaff, YJNK, YJNK XI, and Westward Ho (collectively "Borrowers", with each being a "Borrower") and FRANK MICHAEL MONGELLUZZI and Anne Mongelluzzi (collectively "Guarantors", with each individually being called "Guarantor"), executed a $35,000,000.00 Loan and Line of Credit Agreement with Columbus Bank & Trust, which was to be based upon eligible accounts receivable as collateral for money drawn down from the line of credit.

B.      On or about May 3, 2010, the conspirators knowingly caused an e-mail to be transmitted from Able Services to Synovus Bank containing several documents, to include the "5-2-10 Borrowing Base", "New _Synovus Borrowing Base Calculations" and "Funding w/ Borrowing Base".   The "5-2-10 Borrowing Base" reflected an Accounts Receivable balance of $37,178,302.95, which included $436,461.98 of Vista Marketing, LLC Accounts Receivable.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURES

1.      The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(2).

2.      Upon conviction the violation alleged in Count One, the defendant, FRANK MICHAEL MONGELLUZZI, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property, constitution, or derived from, proceeds obtained directly or indirectly as a result of the conspiracy to violate Title 18, United States Code, Section 1343.

4.      The property to be forfeited includes, but is not limited to, a forfeiture money judgment in an amount to be determined by the Court.

5.      If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A. LEE BENTLEY, III
United States Attorney

By: _____
Thomas N. Palermo
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

L:\_Cases\Criminal Cases\M\mongelluzzi, Frank_2011R01359_tnp\p_information Frank Mongelluzzi_07 19 2016.docx